IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS. 4:19-CR-00416-BRW

DENNIS ANDREWS

### ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 39) is DENIED.

On September 3, 2020, Defendant pled guilty distribution of methamphetamine.[1] On December 16, 2020, he was sentenced to 60 months in prison.[2]

Defendant seeks compassionate release based on his health conditions and COVID-19. However, Defendant has provided no "extraordinary and compelling" reasons to warrant relief. Additionally, the relief is not warranted after consideration of the § 3553(a) factors.

IT IS SO ORDERED, this 15th day of October, 2021.

_Billy Roy Wilson_
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 30.

[2] Doc. No. 33, 37.